

# IN THE
## TENTH COURT OF APPEALS

### No. 10-18-00002-CR

**JA'COBY JEROME ACLESE,**

                                                    **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                    **Appellee**

                    _____

**From the 19th District Court
McLennan County, Texas
Trial Court No. 2016-1326-C1**

## MEMORANDUM OPINION

Ja'coby Jerome Aclese appeals a judgment of conviction for multiple offenses: Indecency with a Child, Aggravated Sexual Assault of a Child, and Sexual Assault of a Child.  *See* TEX. PENAL CODE ANN. §§ 21.11; 22.021; 22.011 (West 20xx).  The information we have been provided by the trial court clerk indicates the judgment was rendered on November 27, 2017.  Aclese was required to file his notice of appeal within 30 days after the day the trial court rendered the order.  *See* TEX. R. APP. P. 26.2(a)(1).  His notice of

appeal filed on January 2, 2018 is therefore untimely. *See id.* We have no jurisdiction of an untimely appeal, and this appeal must be dismissed. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (no appellate jurisdiction where notice of appeal is untimely). Further, because the trial court's certificate of right of appeal that Aclese signed indicates that Aclese waived his right to appeal, this appeal must be dismissed. *See* TEX. R. APP. P. 25.2(d) ("The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules."); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003) (waiver of appeal).

Notwithstanding that we are dismissing this appeal, Aclese may file a motion for rehearing with this Court within 15 days after this opinion and judgment are rendered if Aclese believes this opinion and judgment are erroneously based on inaccurate information or documents. *See* TEX. R. APP. P. 49.1. Moreover, if Aclese desires to have the opinion and judgment of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within 30 days after either the day this Court's judgment is rendered or the day the last timely motion for rehearing is overruled by this Court. *See* TEX. R. APP. P. 68.2(a).

For the reasons stated, this appeal is dismissed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed January 10, 2018
Do not publish
[CR25]

